UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DR. GAY M. STORY**

**VERSUS**

**OUR LADY OF THE LAKE HEALTH PHYSICIAN GROUP**

**CIVIL ACTION**

**NO. 17-651-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 90) dated November 4, 2020, to which an objection was filed and considered (Doc. 91);

**IT IS ORDERED** that Plaintiff's Motion for Conference (R. Doc. 82) is DENIED.

Signed in Baton Rouge, Louisiana, on November 13, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**